# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

    V.                                    CASE NUMBER: 3:20cr167-01-FWD

COLLINS ARCELL SULLIVAN

THIS MATTER is before the Court on Fourth Circuit Court of Appeals Order of remand, filed 08/31/2023, for resentencing.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport and produce the body of COLLINS ARCELL SULLIVAN (USM# 01927-509), for an evidentiary hearing before the honorable Frank D. Whitney, in the Western District of North Carolina, Charlotte, North Carolina not later than February 1, 2024, and upon completion of the evidentiary hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: January 16, 2024

Frank D. Whitney
United States District Judge